IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR 300-004-01
)
TAJUANA TOMEKIA CASON )

O R D E R

Presently pending before the Court is a "Motion for Return of Collateral" filed by sureties: Annie L. Dudley, Geraldine Matthews, Willie Frank Cason, and Mary Cason. The Court finds that this case has concluded and there is no reason for bond to continue to be in effect. Thus, the motion (doc. no. 60) is **GRANTED**.

The Clerk of Court is hereby **DIRECTED** to mark the Deed to Secure Debt in this case cancelled and satisfied of record and then return the Deed to Annie Dudley at 121 Shady Lane, East Dublin, Georgia, 31027.

**ORDER ENTERED** this 29th day of March 2018, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE